USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10-19-09

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------- X
                                       :
RIGHT SEA LTD.,                        :
                                       :
                    Plaintiff,         :
                                       :   09 Civ. 7987 (DLC)
          -v-                          :
                                       :        ORDER
OCEAN TRANSPORT & SHIPPING (ASIA) PTE. :
LTD. et al.,                           :
                                       :
                    Defendants.        :
                                       :
-------------------------------------- X
```

DENISE COTE, District Judge:

On October 16, 2009, the U.S. Court of Appeals for the Second Circuit issued its decision in Shipping Corp. of India, Ltd. v. Jaldhi Overseas Pte Ltd., Nos. 08-3477 & 08-3758, 2009 WL 3319675 (2d Cir. Oct. 16, 2009), which held, inter alia, that "[b]ecause EFTs in the temporary possession of an intermediary bank are not property of either the originator or the beneficiary under New York law, they cannot be subject to attachment under Rule B." Id. at *11. Accordingly, it is hereby

ORDERED that the September 30, 2009 attachment is vacated.

IT IS FURTHER ORDERED that the plaintiff shall by **October 26, 2009** advise this Court that it has so notified all garnishees and that it has secured the release of any restrained funds.

IT IS FURTHER ORDERED that the plaintiff shall show cause by **October 30, 2009** why this case should not be closed.

SO ORDERED:

Dated:   New York, New York
         October 19, 2009

                                    _____
                                            DENISE COTE
                                    United States District Judge